**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RICHARD LOWENTHAL, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

CABLEVISION SYSTEMS CORP. and NEPTUNE HOLDINGS US CORP. n/k/a ALTICE USA,

    Defendants.

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 22 2018 ★

LONG ISLAND OFFICE

Case No. 2:17-cv-06697-SJF-AKT

**STIPULATION OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

WHEREAS, on November 16, 2017, Plaintiff Richard Lowenthal ("Plaintiff"), through his counsel, filed a Complaint against Cablevision Systems Corporation and Neptune Holdings US Corp. (now Altice USA, Inc.) (collectively "Defendants");

WHEREAS, Defendants responded to the Complaint by filing, pursuant to Section IV.B of this Court's Individual Rules, a letter requesting a pre-motion conference on Defendants' anticipated motion to compel arbitration;

WHEREAS, on April 20, 2018, this Court entered a Scheduling Order approving the parties' stipulated briefing schedule on Defendants' motion to compel arbitration;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Richard Lowenthal voluntarily dismisses his claims without prejudice and reserves all rights to pursue his claims in arbitration on an individual basis; and

WHEREAS, Defendants have consented to Plaintiff's voluntary dismissal without prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Mr. Lowenthal

voluntarily dismisses his claims without prejudice and reserves all rights to pursue his claims in arbitration on an individual basis.

Dated: May 22, 2018

MORGAN & MORGAN

By: /s/ Marisa K. Glassman
    Marisa K. Glassman
    201 N. Franklin St., 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile: (813) 222-2434
    mglassman@forthepeople.com
    jyanchunis@forthepeople.com

*Counsel for Plaintiff Richard Lowenthal*

MAYER BROWN LLP

By: /s/ Archis A. Parasharami
    Archis A. Parasharami
    1999 K Street, N.W.
    Washington DC, 20006-1001
    Telephone: (202) 263-3000
    aparasharami@mayerbrown.com

*Counsel for Defendants*

[Handwritten:]
Case Closed.
So Ordered.
/s/ Joan M. Azrack  5/22/18
    USDJ